## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**CHARLOTTE GOMILLION**                                                        **PLAINTIFF**

**v.**                          **CASE NO. 4:15-CV-00050 BSM**

**UNIVERSITY OF ARKANSAS**
**FOR MEDICAL SCIENCES, et al.**                                    **DEFENDANTS**

### JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

DATED this 2nd day of June 2016.

_____
UNITED STATES DISTRICT JUDGE